**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michelle R. FREYTAG, Defendant–**
**Appellant.**

**No. 15-20646**

United States Court of Appeals,
Fifth Circuit.

Filed May 22, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Michelle R. Freytag, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

Summary Calendar

PER CURIAM: *

The attorney appointed to represent Michelle R. Freytag has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Freytag has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Freytag's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 177 (5th Cir. 1984) (per curiam).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Freytag's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Freytag's motion for appointment of new counsel, to strike the briefs, and to remand the case to the district court for resentencing is DENIED, and the

APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Benito GOMEZ-JIMENEZ,**
**Defendant-Appellant.**

**No. 16-41620**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed May 22, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.